| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| MARNEY ANDREW SWINFORD | § |
| | § |
| *versus* | § CIVIL ACTION NO. 9:10-CV-24 |
| | § |
| DIRECTOR, TDCJ-CID | § |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and the Petitioner has filed objections to this Report. The Court has conducted a careful *de novo* review of these objections and is of the opinion that the Petitioner's objections lack merit and that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Marney Andrew Swinford's civil action be and hereby is **DISMISSED** with prejudice. A certificate of appealability is hereby **DENIED** *sua sponte*. All motions by either party not previously ruled upon are **DENIED**.

SIGNED at Beaumont, Texas, this 21st day of December, 2010.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE